No. 98–9584. WHEELER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9585. WILLIAMS v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9586. TYLER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9587. BATES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9591. CONTRERAS-CARDENAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9592. CAVE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–9593. BELL v. DAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9594. TERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9596. WESLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9597. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9598. WELLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9599. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9600. WILSON v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–9602. ATONDO v. CALIFORNIA; and
No. 98–9796. ATONDO v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–9603. CARRILLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.